_____

No: 21-1859
_____

United States of America

Plaintiff - Appellee

v.

Oscar Pena-Solis

Defendant - Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa - Western
(5:20-cr-04061-LTS-1)
_____

**JUDGMENT**

Before GRUENDER, KELLY, and GRASZ, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely. Judge Kelly would docket the appeal and allow it to proceed to briefing.

April 27, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
 /s/ Michael E. Gans